AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

JULIE HIDALGO, Individually and On Behalf of
All others similarly situated

V.

MENU FOODS, INC., MENU FOODS INCOME
FUND, MENU FOODS MIDWEST CORP., AND
MENU FOODS SOUTH DAKOTA, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv1488 (NLH)

TO: (Name and address of Defendant)

Menu Foods, Inc.
9130 Griffith Morgan Land
Pennsauken, NJ 08110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA, ESQ.
LITE DEPALMA GREENBERG & RIVAS, LLC
TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within \_\_\_\_20\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE 4/2/07

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

JULIE HIDALGO, Individually and On Behalf of All others similarly situated

V.

MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORP., AND MENU FOODS SOUTH DAKOTA, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv1488(NLH)

TO: (Name and address of Defendant)

Menu Foods Income Fund

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA, ESQ.
LITE DEPALMA GREENBERG & RIVAS, LLC
TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE  4/2/07

⸪AO 440 (Rev. 8/01) Summons In a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

JULIE HIDALGO, Individually and On Behalf of
All others similarly situated

V.

MENU FOODS, INC., MENU FOODS INCOME
FUND, MENU FOODS MIDWEST CORP., AND
MENU FOODS SOUTH DAKOTA, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV 1488 (NLH)

TO: (Name and address of Defendant)

Menu Foods Midwest Corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA, ESQ.
LITE DEPALMA GREENBERG & RIVAS, LLC
TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK _(signature)_

(By) DEPUTY CLERK

DATE   4/2/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

JULIE HIDALGO, Individually and On Behalf of
All others similarly situated

V.

MENU FOODS, INC., MENU FOODS INCOME
FUND, MENU FOODS MIDWEST CORP., AND
MENU FOODS SOUTH DAKOTA, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv 1488 (NLH)

TO: (Name and address of Defendant)

Menu Foods South Dakota, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. DEPALMA, ESQ.
LITE DEPALMA GREENBERG & RIVAS, LLC
TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102
(973) 623-3000

an answer to the complaint which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

CLERK

(By) DEPUTY CLERK

DATE 4/2/07